75

Paulo Cecarino  
vs. } Pet.No.166 W.C.Act.  
Glenlyon Dye Works

January 12, 1918

TANNER, P. J. We are of the opinion that the petitioner is entitled to compensation in accordance with the Act and that he should submit to an operation, which will probably restore his hand so that he may resume work, and that six weeks is a probable time required for said operation.

For petitioner: McGovern & Slattery.

For Respondent: Gardner, Pierce & Thornley.